AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT GENE BAILEY,<br>    Plaintiff,<br><br>v.<br><br>WILLIAM C. TOMAN, JR., R.M. ASHLEY,<br>K.D. MACKEY, P.J. GRAHAM, RON SMITH,<br>UNKNOWN FEMALE OFFICER, C.C. BLAKE,<br>JOSEPH GARDNER and PATRINA HARPER<br>ALEXANDER,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-478-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court DISMISSES this action pursuant to 28 U.S.C. § 1915(g). The Clerk shall close the case and return Plaintiff's January 16, 2014 mailing to him pursuant to the terms of the prefiling injunction entered against him.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>FEBRUARY 18, 2014</u> WITH A COPY TO:

Robert Gene Bailey, Pro Se (Via USPS to (0014848) Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

| | |
|---|---|
| February 18, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina |
| Raleigh, North Carolina | /s/ Debby Sawyer<br>(By) Deputy Clerk |